IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZIGGY'S CUSTOM COACHES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0708 |
| ) | Judge Trauger |
| UTP RECORDS, TERIUS GRAY, and ) | |
| ATLANTIC RECORDING CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Counsel for the plaintiff and defendant Atlantic Recording Corp. appeared for the initial case management conference on February 8, 2008. Plaintiff's counsel has had difficulty in serving defendants UTP Records and Terius Gray, and the court is satisfied that there is good cause for the failure to timely serve these two defendants. Therefore, pursuant to Rule 4(m), FED. R. CIV. P., the deadline for the service of these two defendants is extended to May 1, 2008. The court requested that counsel for Atlantic Recording Corp. assist in whatever way he can in the location of the two unserved defendants so that this case may move forward.

It is further **ORDERED** that the initial case management conference is **RESCHEDULED** for June 9, 2008 at 2:00 p.m.

It is so **ORDERED**.

ENTER this 8th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge